IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
    PLAINTIFF,

vs.                                                     Civil No. 07-5023

LONNIE JOSEPH PARKER, M.D.,
    DEFENDANT.

## CONSENT JUDGMENT

Plaintiff, the United States of America, having filed its Complaint herein, and the defendant, having consented to the making and entry of this Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint filed herein states a claim upon which relief can be granted.

2. The defendant hereby acknowledges and accepts service of the Complaint filed herein.

3. The defendant hereby agrees to the entry of Judgment in the sum of $78,473.46, plus postjudgment interest at the legal rate from the date of execution of this Consent Judgment until paid in full. Defendant agrees to make monthly payments in an amount approved by the U. S. Attorney's Office, until the debt is paid in full.

4. This Consent Judgment shall be recorded among the records of the Circuit Court in the county of residence of the defendant, and all other jurisdictions where it is determined by the United States that the defendant owns real or personal property.

5. The defendant shall keep the United States currently informed in writing of any material change in his financial situation or ability to pay, and of any change in his employment,

place of residence or telephone number. Defendant shall provide such information to the United States Attorney, Financial Litigation Unit, P. O. Box 1524, Fort Smith, Arkansas 72902.

6. The defendant shall provide the United States with current, accurate evidence of his assets, income and expenditures (including, but not limited to, his Federal income tax returns) within fifteen (15) days of the date of a request for such evidence by the United States Attorney.

7. The United States will submit this debt to the Department of the Treasury for inclusion in the Treasury Offset program. Under this program, any federal payment Lonnie Joseph Parker would normally receive may be offset and applied to this debt.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that the plaintiff recover and have judgment against the defendant Lonnie Joseph Parker, in the amount of $78,473.46, with post judgment interest at the legal rate of __2.24__ percent pursuant to 28 U.S.C. Section 1961(a) from date of judgment until judgment is paid in full.

July 22, 2008
Date

HONORABLE JIMM LARRY HENDREN
U. S. DISTRICT COURT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 2 3 2008

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

Approved:

_____
David R. Ferguson
Assistant U. S. Attorney
Arkansas Bar No. 85052
P. O. Box 1524
Fort Smith, AR 72902
479-783-5125

_____
John Robinson
Attorney at Law
Robinson & Wooten
4083 North Shiloh
Fayetteville, AR 72703

_____
Lonnie Joseph Parker
928 Tamarack Street
Springdale, AR 72764